Keith JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74505.

Missouri Court of Appeals, Western District.

June 26, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2012.

Keith Johnson, Appellant Pro–se.

Morgan D. Ditch, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

### ORDER

PER CURIAM:

Keith Johnson filed a petition for declaratory judgment seeking a declaration of the court that he was improperly found to be a persistent offender in Case No. 22021–1332 in the Circuit Court for the City of St. Louis. He appeals the summary judgment ruling that he had received the remedy he sought when the sentencing court entered a nunc pro tunc order correcting the finding that he was a persistent offender and, therefore, his petition was

moot as a matter of law. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).